

**The relief described hereinbelow is SO ORDERED.**

**Signed April 09, 2021.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 11 |
| | § | |
| A'GACI, L.L.C. | § | CASE NO. 19-51919-RBK |
| Debtor. | § | |
| | § | |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, | § § § | |
| Plaintiff, | § | |
| vs. | § | Adversary No. 19-05054 |
| | § | |
| A'GACI, L.L.C., and SECOND AVENUE CAPITAL PARTNERS, LLC, | § § § | |
| Defendants. | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS

CAME ON TO BE CONSIDERED the Joint Motion to Dismiss (the "Motion"). Having considered the Motion, the Settlement Agreement approved by the Court in Bankruptcy Case No. 19-51919, and the status of this adversary proceeding, the Court is of the opinion that the Motion be granted.

ACCORDINGLY IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the parties' Joint Motion to Dismiss is GRANTED such that this adversary proceeding and all claims therein are DISMISSED WITH PREJUDICE.

###

**ORDERED PREPARED AND SUBMITTED BY:**

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Christopher S. Murphy*
CHRISTOPHER S. MURPHY
Texas State Bar No. 24079031
KEVIN R. SAUER
Texas State Bar No. 24088355
Assistant Attorneys General
Bankruptcy & Collections Division MC 008
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4867
Facsimile: (512) 936-1409
christopher.murphy@oag.texas.gov
kevin.sauer@oag.texas.gov

**ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS**

and:

*/s/ Jennifer F. Wertz*
**JACKSON WALKER LLP**
112 E. Pecan Street, Suite 2400
San Antonio, TX 78205
Telephone: (210) 978-7700
Facsimile: (210) 978-7790
J. Scott Rose (TX Bar No. 17252800)
Direct Dial: (210) 978-7760
Direct Fax: (201) 242-4645
Email: srose@jw.com
Jennifer F. Wertz (TX Bar No. 24072822)
100 Congress Avenue, Suite 1100
Austin, TX 78701
Direct Dial: (512) 236-2247
Direct Fax: (512) 391-2147
Email:  jwertz@jw.com

-and-

*/s/ Mark D. Cahill*
John F. Ventola (admitted *pro hac vice*)
Jonathan D. Marshall (admitted *pro hac vice*)
Mark D. Cahill (admitted *pro hac vice*)
Anna S. Roy (admitted *pro hac vice*)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000
Email: jventola@choate.com
Email: jmarshall@choate.com
Email: mcahill@choate.com
Email: aroy@choate.com

**COUNSEL FOR SECOND AVENUE CAPITAL PARTNERS, LLC**

*/s/ Steve Turner*
Steven Turner (TX Bar No. 20341700)
**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
4004 Beltline Blvd., Suite 100
Addison, Texas 75001
Telephone: (512) 219-1828
Email: SteveT@bdfgroup.com

**COUNSEL FOR THE CHAPTER 7 TRUSTEE**